1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE A. SHERIDAN  (Bar No. 135910)
2  MICHAEL N. WESTHEIMER  (Bar No. 178938)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile:  (415) 781-2635
   Email: stephanie.sheridan@sdma.com
5         michael.westheimer@sdma.com

6  Attorneys for Defendant
   Olly's Retail USA, Inc. d/b/a Oilily (incorrectly
7  sued as "Oilily B.V.")

IN THE UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OILILY B.V.; Does 1 through 10,<br><br>Defendant. | CASE NO. C07 4780 SI<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANT'S RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>Judge:  Hon. Susan Illston<br>Ctrm:   10, 19th Floor |

Pursuant to Northern District Civil Local Rule 6-1(a), Plaintiff Elizabeth McCoy and Defendant Olly's Retail USA, Inc. d/b/a Oilily (incorrectly sued as "Oilily B.V."), by and through their attorneys, hereby stipulate and agree to a 30-day extension of time for Defendant to file a response to Plaintiff's complaint, and that Defendant's response will be filed on or before December 4, 2007.

///

///

///

///

There have been no prior extensions of time in this action.

IT IS SO AGREED AND STIPULATED.

DATE: November 13, 2007.        GORE LAW FIRM

                                                        By: __/s/ (as authorized on 11/12/07)__
                                                        Pierce Gore
                                                        Attorneys for Plaintiff
                                                        Elizabeth McCoy

DATE: November 13, 2007.        SEDGWICK, DETERT, MORAN & ARNOLD LLP

                                                        By: __/s/__
                                                        Michael N. Westheimer
                                                        Attorneys for Defendant
                                                        Olly's Retail USA, Inc. d/b/a Oililly (incorrectly sued as "Oilily B.V.")