## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Elizabeth McCoy

                              CASE NO. C 07-4780 SI

            Plaintiff(s),

v.                                  NOTICE OF NEED FOR ADR PHONE

OLLY's RETAIL USA d/b/a OILILY      CONFERENCE
(erroneously named as OILILY
B.V.)

           Defendant(s).

---

Counsel report that they have met and conferred regarding ADR and that they:

  [X] have not yet reached an agreement to an ADR process

  [ ] request an Early Settlement Conference with a Magistrate Judge

Date of Case Management Conference    January 15, 2008

The following counsel will participate in the ADR phone conference:

| Name | Party Representing | Phone No. | E-Mail Address |
|---|---|---|---|
| Pierce Gore, Esq. | Plaintiff | 408.879.7444 | piercegore@gorelawfirm.com |
| Stephanie Sheridan, Esq. | Defendant | 415.781.7900 | stephanie.sheridan@sdma.com |

*Civil Local Rule 16-8 and ADR Local Rule 3-5 require that lead trial counsel participate in a telephone conference with a member of the ADR Legal Staff before the Case Management Conference. The ADR Unit (adr@cand.uscourts.gov) will notify you of the date and time of your phone conference.*

Dated: January 15, 2008                /s/ Signature Authorized 01.15.08
                                            Attorney for Plaintiff
                                            Pierce Gore, Esq.

Dated: January 15, 2008                /s/
                                            Attorney for Defendant
                                            Stephanie Sheridan, Esq.

Rev 12.05

> When filing this document in ECF, please be sure to use the ADR Docket Event entitled "Notice of Need for ADR Phone Conference (ADR L.R. 3-5 d)."

NDC-17

<u>Elizabeth McCoy v. Oilily B.V.</u>
U.S.D.C. Northern District of California, Case No. C-07-4780 SI

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Maket Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On January 16, 2008, I served the within document:

### NOTICE OF NEED FOR ADR PHONE CONFERENCE

☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax number set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

☐ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

☐ **ELECTRONIC MAIL** - by sending the document via Microsoft Outlook electronic mail to the addressee as set forth below.

☐ **OVERNIGHT COURIER** – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via _____.

☐ by causing **PERSONAL DELIVERY** by an agent of __WORLDWIDE COURIER__ of the document(s) listed above to the person(s) at the address(es) set forth below.

Pierce Gore, Esq.
GORE LAW FIRM
900 East Hamilton Avenue, Suite 100
Campbell, CA  95008

Attorneys for Plaintiff(s)
ELIZABETH MCCOY

Telephone: 408.879.7444
Facsimile:  408.376.0757
piercegore@gorelawfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on January 16, 2008, at San Francisco, California.

_____
Rhonda D. Gillis

SF/1477486v1

-1-

PROOF OF SERVICE