**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

CIVIL PRETRIAL MINUTES

Date:1/15/08

Case No.    C-07-4780 SI              Judge:   SUSAN ILLSTON

Title: ELIZABETH MCCOY  -v- OILILY

Attorneys: Gore              Sheridan, Williams

Deputy Clerk:  Tracy Sutton  Court Reporter: n/a

**PROCEEDINGS**

1)   Initial Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf    (  )Deft    (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                    PART

Case continued to **4/18/08    @ 2:30 p.m.** for Further Case Management Conference

Case continued to    @ **9:00 a.m.**   for Motions
(Motion due , Opposition  Reply )

Case continued to    @ **3:30 p.m.**  for Pretrial Conference

Case continued to    @ **8:30 a.m.**  for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
Defendant will produce it's initial disclosures soon.

The parties will conduct very limited discovery pending the 9th Circuit's ruling on the Soulian case.

The parties are also informally discussing settlement.