SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE A. SHERIDAN    (Bar No. 135910)
ALISON A. WILLIAMS       (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email:  kevin.dunne@sdma.com
        stephanie.sheridan@sdma.com
        alison.williams@sdma.com

Attorneys for Defendant
OLLY'S RETAIL USA, INC. d/b/a/ OILILY
(named erroneously as Oilily B.V.)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH McCOY, individually and on behalf of herself all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OILILY; DOES 1 through 10,<br><br>Defendants. | CASE NO. C 07-04780 SI<br><br>**NOTICE OF CHANGE OF COUNSEL**<br><br>Judge:   Hon. Susan Illston<br>Court:   10, 19th Floor |

Defendant Olly's Retail USA, Inc. d/b/a Oilily requests that Michael Neil Westheimer (michael.westheimer@bakernet.com) and Theresa Jacobson (theresa.jacobson@bakernet.com) be removed from the e-filing service list for this matter. Michael Neil Westheimer is no longer with this firm.

Dated: February 5, 2008.                SEDGWICK, DETERT, MORAN & ARNOLD LLP


By:_____/s/_____
                Stephanie A. Sheridan
                Attorneys for Defendant
        OLLY'S RETAIL USA, INC. d/b/a/ OILILY
            (named erroneously as Oilily B.V.)