1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE SHERIDAN  (Bar No. 135910)
2  ALISON WILLIAMS    (Bar No. 251689)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   Email: stephanie.sheridan@sdma.com
5         alison.williams@sdma.com

6  Attorneys for Defendant
   OLLY'S RETAIL USA, INC. d/b/a OILILY
7  (named erroneously as Oilily B.V.)

8              UNITED STATES DISTRICT COURT

9             NORTHERN DISTRICT OF CALIFORNIA

10                 SAN FRANCISCO DIVISION

11 ELIZABETH McCOY, individually and on    CASE NO. C 07-04780 SI
   behalf of herself and all others similarly
12 situated,                                **DEFENDANT'S CERTIFICATION OF
                                            INTERESTED ENTITIES OR PERSONS**
13         Plaintiff,
                                            Judge:  Hon. Susan Illston
14    v.                                    Ctrm:   10, 19th Floor

15 OILILY B.V., DOES 1 through 10,

16         Defendants.

17

18

19         Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons,

20 associations of persons, firms, partnerships, corporations (including parent corporations) or other

21 entities (i) have a financial interest in the subject matter in controversy or in a party to the

22 proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be

23 substantially affected by the outcome of this proceeding:

24 ///
25 ///
26 ///
27 ///
28 ///

1.    Oilily B.V. – parent company of Defendant Olly's Retail USA, Inc.
2.    The members of the proposed class are also interested parties.

Dated: April 8, 2008.         SEDGWICK, DETERT, MORAN & ARNOLD LLP

By: _____/s/ Stephanie Sheridan_____
STEPHANIE SHERIDAN
ALISON WILLIAMS
Attorneys for Defendant
OLLY'S RETAIL USA, INC. d/b/a OILILY
(erroneously as Oilily B.V.)

Elizabeth McCoy v. Oilily B.V.
U.S.D.C. Northern District of California, Case No. C-07-4780 SI

### PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Maket Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 8, 2008, I served the within document:

### DEFENDANT'S CERTIFICATION OF INTERESTED ENTITIES OR PERSONS

☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax number set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

☐ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

☐ **ELECTRONIC MAIL** - by sending the document via Microsoft Outlook electronic mail to the addressee as set forth below.

☐ **OVERNIGHT COURIER** – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via

☐ by causing **PERSONAL DELIVERY** by an agent of WORLDWIDE COURIER of the document(s) listed above to the person(s) at the address(es) set forth below.

Pierce Gore, Esq.
GORE LAW FIRM
900 East Hamilton Avenue, Suite 100
Campbell, CA  95008

Attorneys for Plaintiff(s)
ELIZABETH MCCOY

Telephone: 408.879.7444
Facsimile:  408.376.0757
piercegore@gorelawfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 8, 2008, at San Francisco, California.

_____
Rhonda D. Gillis

SF/1477486v1

-1-
PROOF OF SERVICE