SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN (Bar No. 135910)
ALISON WILLIAMS (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: stephanie.sheridan@sdma.com
       alison.williams@sdma.com

Attorneys for Defendant
OLLY'S RETAIL USA, INC. d/b/a/ OILILY
(named erroneously as Oilily B.V.)

Pierce Gore (State Bar No. 128515)
GORE LAW FIRM
900 East Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: (408) 879-7444
Facsimile: (408) 376-0757
Email: piercegore@gorelawfirm.com

Attorneys for Plaintiff
ELIZABETH McCOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>OILILY B.V., DOES 1 THROUGH 10,<br><br>Defendant. | CASE NO. C 07-4780 SI<br><br>**UPDATED JOINT CASE MANAGEMENT STATEMENT**<br><br>Judge: Hon. Judge Illston<br>Courtroom: 10, 19th Floor<br>Conference Date: April 18, 2008<br>Time: 2:30 p.m. |

**TO THE HONORABLE COURT:**

Plaintiff Elizabeth McCoy ("Plaintiff") and Defendant Oilily B.V. ("Defendant"), through their respective counsel, hereby submit the following Updated Joint Case Management Statement for the Further Case Management Conference scheduled on April 18, 2008 at 2:30 p.m. Pursuant

to Local Rule 16-10(d), this Joint Case Management Statement is intended to update the Court as to changes and progress in the case since the Initial Case Management Conference held on January 15, 2008, in the above-reference Court.

### 1. Voluntary Stay of the Litigation

At the time of the Initial Case Management Conference, many courts had stayed the FACTA cases before them pending the Ninth Circuit's review of the class certification issues in Soualian v. International Coffee and Tea. Accordingly, following the initial case management conference in this matter, the parties agreed to a voluntary stay of this litigation on the same basis.

### 2. Status of *Soualian*

The parties agreed, in part, to a voluntary stay pending the outcome of the Soualian v. International Coffee and Tea appeal on the issue of class certification in FACTA cases before the Ninth Circuit. The parties in Soualian have recently informed the court that they have reached a settlement agreement, although the settlement (on behalf of the entire class) is still pending approval by the court. Defendant's counsel has been advised that the court will preliminarily consider the settlement on April 21, 2008.

Soualian is not, however, the only FACTA action on appeal before the Ninth Circuit on the issue of class certification. In Reynoso v. South County Concepts, Inc., for example, the Ninth Circuit granted defendant's petition for appeal to review the district court's grant of class certification. The opening brief is due on June 2, 2008.

### 3. Related Case – *Klingensmith v. Oilily Retail USA*

As indicated in the parties' initial case management statement, a similar case, Klingensmith v. Oilily Retail USA, Case No. 2:07-CV-0421-JF, was pending in the U.S. District Court for the Eastern District of Pennsylvania.

///
///
///
///

On January 24, 2008, Klingensmith filed a motion before the Multidistrict Litigation Panel requesting to have the action transferred to the Northern District of California pursuant to 28 U.S.C. § 1407 for purposes of consolidation or coordination with McCoy. The MDL Panel granted Klingensmith's motion on April 10, 2008. The Panel ordered that the Klingensmith action be transferred to the Northern District of California and that, with the approval of the this Court, the case be assigned to Judge Illston for coordinated or consolidated pretrial proceedings with the McCoy action.

### 4.  FACTA Legislation

Oilily wishes to alert the Court to pending legislation before Congress that, if enacted, would be dispositive of most pending FACTA cases, inclusive of McCoy and Klingensmith.

Known as The FACTA Clarification Amendment, H.R. 4008 would clarify the term "willful noncompliance" under the Fair Credit Reporting Act to exclude any person who printed a receipt with an expiration date so long as the account number was truncated in accordance with FACTA. This amendment will apply to any action brought from a violation of FACTA that has not become final. **A hearing on H.R. 4008 is scheduled for May 8, 2008.**

### 5.  Alternative Dispute Resolution

The parties filed their Notice of Need For ADR Phone Conference on January 16, 2008. The parties have not been informed of the date and time of their phone conference by the ADR Unit. The parties remain in agreement that this matter is not suitable for ADR. (The parties note that around the time of the initial McCoy conference, the same attorneys filed their Notice of Need for ADR Phone Conference in another FACTA case in the Northern District, and that conference was held on February 13, 2008.)

///
///
///
///
///

6. **Disclosure of Non-party Interested Entities or Persons**

Defendant's Certification of Interested Entities or Persons has been filed.

DATED: April __11__, 2008          GORE LAW FIRM

                                   By: ___/s/ Pierce Gore (Authorized 04.11.08)___
                                       PIERCE GORE
                                       Attorneys for Plaintiff
                                       ELIZABETH McCOY

DATED: April __11__, 2008          SEDGWICK, DETERT, MORAN & ARNOLD, LLP

                                   By: _____/s/ Stephanie Sheridan_____
                                       STEPHANIE SHERIDAN
                                       ALISON WILLIAMS
                                       Attorneys for Defendant
                                       OLLY'S RETAIL USA, INC. d/b/a/ OILILY
                                       (named erroneously as Oilily B.V.)

Elizabeth McCoy v. Oilily B.V.
U.S.D.C. Northern District of California, Case No. C-07-4780 SI

**PROOF OF SERVICE**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Maket Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On April 11, 2008, I served the within document:

**UPDATED JOINT CASE MANAGEMENT CONFERENCE**

- ☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax number set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

- ☐ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

- ☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

- ☐ **ELECTRONIC MAIL** - by sending the document via Microsoft Outlook electronic mail to the addressee as set forth below.

- ☐ **OVERNIGHT COURIER** – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via

- ☐ by causing **PERSONAL DELIVERY** by an agent of  WORLDWIDE COURIER of the document(s) listed above to the person(s) at the address(es) set forth below.

Pierce Gore, Esq.
GORE LAW FIRM
900 East Hamilton Avenue, Suite 100
Campbell, CA  95008

Attorneys for Plaintiff(s)
ELIZABETH MCCOY

Telephone: 408.879.7444
Facsimile:  408.376.0757
piercegore@gorelawfirm.com

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on April 11, 2008, at San Francisco, California.

Rhonda D. Gillis

SF/1477486v1

-1-

PROOF OF SERVICE