UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CIVIL PRETRIAL MINUTES

Date: 4/18/08

Case No.   C-07-4780 SI          Judge:   SUSAN ILLSTON

Title: ELIZABETH MCCOY  -v- OILILY

Attorneys: Gore            Sheridan

Deputy Clerk: Tracy Sutton   Court Reporter: n/a

**PROCEEDINGS**

1)   Further  Case Management Conference - HELD

2)

3)

Order to be prepared by:  (  )Pltf   (  )Deft   (  )Court

Disposition :  (  ) GRANTED, (  ) DENIED, (  ) GRANTED/DENIED IN   (  ) SUBMITTED
                                PART

Case continued to **8/29/08   @ 2:30 p.m.** for Further Case Management Conference

Case continued to __ **@ 9:00 a.m.**__  for Motions
(Motion due , Opposition  Reply )

Case continued to __ **@ 3:30 p.m.**__ for Pretrial Conference

Case continued to __ **@ 8:30 a.m.**__ for Trial (:  Days)
Discovery Cutoff:   Designate Experts by: , Rebuttal Experts:, Expert Discovery Cutoff:

ORDERED AFTER HEARING:
The parties have agreed to stay this case pending a 9th Circuit of Appeals on a related issue.