SEDGWICK, DETERT, MORAN & ARNOLD LLP
STEPHANIE SHERIDAN (Bar No. 135910)
ALISON WILLIAMS (Bar No. 251689)
One Market Plaza, Steuart Tower, 8th Floor
San Francisco, California 94105
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
Email: stephanie.sheridan@sdma.com
       alison.williams@sdma.com

Attorneys for Defendant
OLLY'S RETAIL USA d/b/a OILILY
(erroneously named as OILILY B.V.)

Pierce Gore (State Bar No. 128515)
GORE LAW FIRM
900 East Hamilton Avenue, Suite 100
Campbell, CA 95008
Telephone: (408) 879-7444
Facsimile: (408) 376-0757
Email: *piercegore@gorelawfirm.com*

Attorney for Plaintiff
ELIZABETH McCOY

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>OILILY B.V.; DOES 1 through 10,<br><br>　　　　Defendant. | CASE NO. C 07-4780 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:　Honorable Susan Illston |

///

///

///

///

1   IT IS HEREBY STIPULATED by and between the parties to this action through their
2   designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3   pursuant to FRCP 41(a)(1). Each party is to bear its own attorneys' fees and costs.

4   DATED: July 5, 2008          GORE LAW FIRM

6                                By: /s/ Pierce Gore
7                                Pierce Gore
                                 Attorney for Plaintiff
                                 ELIZABETH McCOY

10  DATED: July 8, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

12                               By: /s/ Stephanie Sheridan
                                 Stephanie Sheridan
13                               Attorneys for Defendant
                                 OLLY'S RETAIL USA d/b/a OILILY (erroneously
14                               named as OILILY B.V.)