Elizabeth McCoy v. Oilily B.V.
U.S.D.C. Northern District of California, Case No. C-07-4780 SI

## PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Sedgwick, Detert, Moran & Arnold LLP, One Maket Plaza, Steuart Tower, 8th Floor, San Francisco, California 94105. On July 9, 2008, I served the within document:

### STIPULATION FOR DISMISSAL WITH PREJUDICE

☐ **FACSIMILE** – by transmitting via facsimile the document listed above to the fax number set forth on the attached Telecommunications Cover Page on this date before 5:00 p.m.

☐ **MAIL** – by placing the document listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California addressed as set forth below.

☒ **ELECTRONIC FILING** - by electronic transmission via the internet for uploading onto the District Court website/docket.

☐ **ELECTRONIC MAIL** - by sending the document via Microsoft Outlook electronic mail to the addressee as set forth below.

☐ **OVERNIGHT COURIER** – by placing the document(s) listed above in a sealed envelope with shipping prepaid, and depositing in a collection box for next day delivery to the person(s) at the address(es) set forth below via

☐ by causing **PERSONAL DELIVERY** by an agent of __WORLDWIDE COURIER__ of the document(s) listed above to the person(s) at the address(es) set forth below.

| | |
|---|---|
| Pierce Gore, Esq.<br>GORE LAW FIRM<br>900 East Hamilton Avenue, Suite 100<br>Campbell, CA 95008 | Attorneys for Plaintiff(s)<br>ELIZABETH MCCOY<br><br>Telephone: 408.879.7444<br>Facsimile: 408.376.0757<br>piercegore@gorelawfirm.com |

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. Executed on July 9, 2008, at San Francisco, California.

Rhonda D. Gillis

SEDGWICK
DETERT, MORAN & ARNOLD LLP
SF/1477486v1

-1-
PROOF OF SERVICE