1  SEDGWICK, DETERT, MORAN & ARNOLD LLP
   STEPHANIE SHERIDAN (Bar No. 135910)
2  ALISON WILLIAMS (Bar No. 251689)
   One Market Plaza, Steuart Tower, 8th Floor
3  San Francisco, California 94105
   Telephone: (415) 781-7900
4  Facsimile: (415) 781-2635
   Email: stephanie.sheridan@sdma.com
5         alison.williams@sdma.com

6  Attorneys for Defendant
   OLLY'S RETAIL USA d/b/a OILILY
7  (erroneously named as OILILY B.V.)

8  Pierce Gore (State Bar No. 128515)
   GORE LAW FIRM
9  900 East Hamilton Avenue, Suite 100
   Campbell, CA 95008
10 Telephone: (408) 879-7444
   Facsimile: (408) 376-0757
11 Email: *piercegore@gorelawfirm.com*

12 Attorney for Plaintiff
   ELIZABETH McCOY
13

14                   UNITED STATES DISTRICT COURT

15                  NORTHERN DISTRICT OF CALIFORNIA

16                       SAN FRANCISCO DIVISION

17

| | |
|---|---|
| ELIZABETH McCOY, individually and on behalf of herself and all others similarly situated,<br><br>   Plaintiff,<br><br>   v.<br><br>OILILY B.V.; DOES 1 through 10,<br><br>   Defendant. | CASE NO. C 07-4780 SI<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE**<br><br>Judge:   Honorable Susan Illston |

25  ///
26  ///
27  ///
28  ///

1  IT IS HEREBY STIPULATED by and between the parties to this action through their
2  designated counsel that the above-captioned action be and hereby is dismissed with prejudice
3  pursuant to FRCP 41(a)(1). Each party is to bear its own attorneys' fees and costs.

4  DATED: July 5, 2008          GORE LAW FIRM

6                By: *Pierce Gore*
7                Pierce Gore
                 Attorney for Plaintiff
8                ELIZABETH McCOY

10 DATED: July 8, 2008          SEDGWICK, DETERT, MORAN & ARNOLD LLP

12                By: *Stephanie Sheridan*
                 Stephanie Sheridan
13               Attorneys for Defendant
                 OLLY'S RETAIL USA d/b/a OILILY (erroneously
14               named as OILILY B.V.)



IT IS SO ORDERED
Judge Susan Illston
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

28

SF/1515283v1

2.                                    CASE NO. C 07-4780 SI
STIPULATION FOR DISMISSAL WITH PREJUDICE